# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM PEREZ, | No. 2:19-CV-1223-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| M. ELIOT SPEARMAN, | |
| Respondent. | |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for the appointment of counsel (ECF No. 2).

        There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner,</u> 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (ECF No. 2) is denied without prejudice to renewal, at the earliest, after a response to the petition has been filed.

Dated: August 22, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE