# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM PEREZ,

        Petitioner,

    v.

M. ELIOT SPEARMAN,

        Respondent.

No. 2:19-CV-1223-KJM-DMC-P

ORDER

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On August 22, 2019, the Court directed Respondent to file a response to the petition. Respondent complied by way of a motion to dismiss filed on October 11, 2019, arguing that the Court should abstain from hearing the case under Younger v. Harris, 401 U.S. 37 (1971). The District Judge denied that motion October 16, 2020. Respondent is now directed to file an answer to the petition. In this regard, the Court notes that Petitioner has filed a response to the Court's June 19, 2020, order to show cause why this matter should not be dismissed for failure to exhaust state court remedies. As of the date of Petitioner's response – August 5, 2020 – it appears that Petitioner had not yet presented his claim(s) to the California Supreme Court. Therefore, to the extent Respondent contends the petition remains unexhausted, Respondent may raise that affirmative defense in its answer or by way of a second motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that Respondent shall file either an answer or further motion to dismiss in response to Petitioner's petition within 60 days of the date of this order.

Dated: July 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE